29 So.2d 895

**Luther DIXON v. STATE.**

**6 Div. 337.**

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 895

**Thomas DODSON v. STATE.**

**6 Div. 335.**

Court of Appeals of Alabama.
Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

33 So.2d 275

**Joseph E. DRAYTON v. CITY OF MOBILE.**

**I Div. 552.**

Court of Appeals of Alabama.
Nov. 25, 1947.

BRICKEN, Presiding Judge.

Affirmed.

33 So.2d 275

**James Lelton DUNN v. STATE.**

**6 Div. 492.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

33 So.2d 276

**James Lelton DUNN v. STATE.**

**6 Div. 494.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 919

**James Lelton DUNN v. STATE.**

**6 Div. 535.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.